July 20, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE MATTER OF THE MARRIAGE OF JOHNNIE J. MOORE AND KATHALEAN G. MOORE

NO. 14-15-00859-CV

_____

This cause, an appeal from the judgment signed September 11, 2015, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Johnnie J. Moore, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.